# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS MARCELINO SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER WARDEN,<br><br>Respondent. | Case No. 5:26-cv-02797-VBF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge is approved and accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED IN PART.

3. Respondent is ordered to arrange for Petitioner to receive an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days of this Order.

4.      The Immigration Judge is instructed that they have jurisdiction under 8 U.S.C. § 1226(a) to consider Petitioner's release on bond.

5.      Petitioner and his counsel, if any, shall have notice of and the opportunity to attend the aforementioned hearing.

6.      Respondent is ordered to release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

7.      The parties are ordered to file a status report within ten (10) days of this Order detailing if and when the hearing occurred, whether bond was granted or denied, and, if denied, the specific reasons for the denial.

Date:  June 8, 2026

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge