# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS MARCELINO SANCHEZ, | Case No. 5:26-cv-02797-VBF-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| ADELANTO ICE PROCESSING CENTER WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2.     Respondent is ordered to arrange for Petitioner to receive an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days of this Order.

3.     The Immigration Judge is instructed that they have jurisdiction under 8 U.S.C. § 1226(a) to consider Petitioner's release on bond.

4.     Petitioner and his counsel, if any, shall have notice of and the opportunity to attend the aforementioned hearing.

5.      Respondent shall release Petitioner from custody if the individualized bond hearing is not timely provided.

6.      The parties shall file a status report with the Court within ten (10) days detailing the outcome of the hearing.


Date:  June 8, 2026

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge